IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
*ex rel.* KIMBERLY S. SCHRAM,

    Plaintiffs,

v.                                     Case No. 17-CV-108

FORT HEALTHCARE, INC. (a/k/a Fort     **FILED *EX PARTE* AND UNDER SEAL**
HealthCare); UNIVERSITY HEALTH
CARE, INC.; UNIVERSITY OF
WISCONSIN-MADISON; U.W. HOSPITAL
AND CLINICS; UW SCHOOL OF
MEDICINE AND PUBLIC HEALTH; UW
CANCER CENTER JOHNSON CREEK,
LLC; UW COMPREHENSIVE CANCER
CENTER; UW HEALTH EAST CLINIC; and
UW MEDICAL FOUNDATION (collectively
d/b/a UW HEALTH),

    Defendants.

## ORDER

The United States of America, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1.     Relator's original complaint, at ECF No. 1, shall remain under seal pursuant to an agreement of the parties;

2.     the Operative Complaint be unsealed and served upon the defendants by the relator;

3. the relator shall serve this Order and the United States' Notice of Decision to Decline to Intervene upon the defendants only after service of the complaint;

4. that all other documents shall remain under seal and not be made public or served upon the defendants;

5. the seal be lifted as to all other matters occurring in this action after the date of this Order;

6. the parties shall serve all other pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

7. the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

8. the parties shall serve all notices of appeal upon the United States;

9. all orders of this Court shall be sent to the United States; and

10. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Entered this 28TH day of January, 2019.

BY THE COURT:

United States ~~District~~ Judge
MAGISTRATE

2