IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
*ex rel.* KIMBERLY S. SCHRAM,

Plaintiffs,

v.

Case No. 17-CV-108

FORT HEALTHCARE, INC. (a/k/a Fort HealthCare); UNIVERSITY HEALTH CARE, INC.; UNIVERSITY OF WISCONSIN-MADISON; U.W. HOSPITAL AND CLINICS; UW SCHOOL OF MEDICINE AND PUBLIC HEALTH; UW CANCER CENTER JOHNSON CREEK, LLC; UW COMPREHENSIVE CANCER CENTER; UW HEALTH EAST CLINIC; and UW MEDICAL FOUNDATION (collectively d/b/a UW HEALTH),

Defendants.

**ORDER**

The United States, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and consenting to the Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) and 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that:

The Operative Complaint in this action be dismissed without prejudice.

Dated this 6TH day of February, 2019.

BY THE COURT:

STEPHEN L. CROCKER
United States Magistrate Judge